■ CHERYL FOLEY et al., Respondents, v WEST-HERR FORD, INC., et al., Defendants. TIMOTHY B. HOWARD, Sheriff, County of

Erie, Appellant. [984 NYS2d 281]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni and Lindley, JJ.